**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **EXXONMOBIL OIL CORPORATION** | § | |
| | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| **vs.** | § | **CIVIL ACTION NO. _____** |
| | § | |
| **ENTERPRISE HOUSTON SHIP** | § | |
| **CHANNEL, L.P.** | § | |
| | § | |
| **Defendant** | § | |
| | § | |

## COMPLAINT

Plaintiff Exxonmobil Oil Corporation ("**Exxon**"), for its Complaint against Enterprise Houston Ship Channel, L.P. ("**Enterprise**"), respectfully represents upon information and belief as follows:

## THE PARTIES

1.      Plaintiff Exxon is a New Jersey corporation, authorized to do and doing business in Texas, and having its place of business as 22777 Springwoods Village Parkway, Spring, Texas 77389.

2.      Defendant Enterprise is a Texas limited partnership with offices located at 1100 Louisiana Street, Houston, Texas 77002.

## JURISDICTION AND VENUE

3.      This is an action by Exxon against Enterprise for Enterprise's breach of a terminal services agreement resulting from its failure to pay demurrage pursuant to the Houston Terminal Services Agreement No. 1693-EHSC dated June 1, 2018 (the "**Agreement**"), executed by and between Exxon and Enterprise.

1

4. This Court has subject matter jurisdiction over this lawsuit pursuant 28 U.S.C. §1333 in that this action is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure because its involves a dispute over Enterprise's breach of a maritime contract to provide terminal services in connection with the receipt, storage, transfer, and redelivery of petroleum product to and from vessels under charter by Exxon.

5. Venue is proper in this district pursuant to 28 U.S.C. §1391 because Enterprise is located in Houston, Texas and is otherwise subject to this court's personal jurisdiction.  Venue is also proper because a substantial part of the events or omissions giving rise to the claims asserted herein occurred in this district.

### FACTUAL ALLEGATIONS

6. On or about June 1, 2018, Exxon and Enterprise executed the Agreement, wherein Enterprise agreed to timely load and unload petroleum products from vessels under charter to Exxon at the marine terminal located at 15602 Jacintoport Blvd. near the Houston Ship Channel in Harris County, Texas.  The initial term of the Agreement is approximately ten (10) years, expiring on April 30, 2028, subject to additional renewal terms.

7. Pursuant to the terms of the Agreement, Enterprise agreed that it would have a finite period of time to load or unload Product from a vessel under charter from Exxon ("**Allowed Laytime**").

8. Under the Agreement, Allowed Laytime is calculated based upon a formula derived from the amount of cargo to be loaded or unloaded utilizing a rate of twelve thousand (12,000) barrels per hour, plus six hours.

9. For loading or unloading events exceeding the Allowed Laytime, Enterprise agreed to pay Exxon demurrage at a rate commensurate to the amount of demurrage that Exxon was

required to pay to the owner of the vessel to be loaded or unloaded under charter to Exxon. Consistent with that agreement, the parties stipulated in Section 7.1 of the Agreement to the demurrage rates payable for exceeding the Allowed Laytime.

10.    During the term of the Agreement, Enterprise failed to timely complete terminal loading and unloading operations on a number of Exxon-chartered vessels within the applicable Allowed Laytime.

11.    Exxon provided timely notice of its claims for demurrage but Enterprise has failed to pay the claims.  The following is a description of each open and unpaid demurrage claim owed by Enterprise under the Agreement.

12.    On August 5, 2021 at 12:01 a.m., the SONGA CORRAL tendered its Notice of Readiness for terminal operations.  Laytime commenced on August 5, 2021 at 6:01 a.m.   Loading operations commenced on August 11, 2021 at 1:18 a.m., and were not completed until August 12, 2021 at 8:36 a.m.   Because Enterprise exceeded the Allowed Laytime for this operation, it owes Exxon demurrage in the amount of $83,402.78.  A claim for demurrage was timely submitted to Enterprise and assigned Claim Number 60705.  To date, Enterprise has failed to pay the $83,402.78 demurrage claim.

13.     On November 10, 2021at 12:01 a.m., the DUOMO SQUARE tendered its Notice of Readiness for terminal operations. Laytime commenced on November 10, 2023 at 6:01 a.m. Loading operations commenced on November 11, 2021 at 7:18 p.m., and were not completed until November 14, 2021 at 1:48 p.m.   Because Enterprise exceeded the Allowed Laytime for this operation, it owes Exxon demurrage in the amount of $32,395.83.  A claim for demurrage was timely submitted to Enterprise and assigned Claim Number 72689.  To date, Enterprise has failed to pay the $32,395.83 demurrage claim.

14.    On January 19, 2022 at 12:01 a.m., the PEGASUS STAR tendered its Notice of Readiness for terminal operations.  Laytime commenced on January 19, 2022 at 6:01 a.m. Loading operations commenced on January 20, 2022 at 10:12 a.m., and were not completed until January 23, 2022 at 1:06 a.m.    Because Enterprise exceeded the Allowed Laytime for this operation, it owes Exxon demurrage in the amount of $24,687.15.  A claim for demurrage was timely submitted to Enterprise and assigned Claim Number 84218.  To date, Enterprise has failed to pay the $24,687.15 demurrage claim.

15.    On January 12, 2022 at 5:30 a.m., the NORDIC LIGHT tendered its Notice of Readiness for terminal operations. Laytime commenced on January 12, 2022 at 11:30 a.m. Loading operations commenced on January 13, 2022 at 7:24 p.m., and were not completed until January 15 , 2022 at 11:30 a.m.    Because Enterprise exceeded the Allowed Laytime for this operation, it owes Exxon demurrage in the amount of $20,000.00.  A claim for demurrage was timely submitted to Enterprise and assigned Claim Number 83312.  To date, Enterprise has failed to pay the $20,000.00 demurrage claim.

16.    On April 29, 2022 at 5:30 p.m., the FRONT SEOUL tendered its Notice of Readiness for terminal operations. Laytime commenced on April 29, 2022 at 11:30 p.m.    Loading operations commenced on April 30, 2022 at 12:18 a.m., and were not completed until April 30, 2022 at 11:30 a.m.  Because Enterprise exceeded the Allowed Laytime for this operation, it owes Exxon demurrage in the amount of $23,055.56.  A claim for demurrage was timely submitted to Enterprise and assigned Claim Number 97690.  To date, Enterprise has failed to pay the $23,055.56 demurrage claim.

17.    On August 21, 2022 at 9:00 a.m., the MARAN ASPASIA tendered its Notice of Readiness for terminal operations. Laytime commenced on August 21, 2022 at 3:00 p.m.  Loading

4

operations commenced on August 21, 2022 at 10:24 p.m., and were not completed until August 24, 2022 at 6:00 p.m.   Because Enterprise exceeded the Allowed Laytime for this operation, it owes Exxon demurrage in the amount of $23,055.56.  A claim for demurrage was timely submitted to Enterprise and assigned Claim Number 114735.   To date, Enterprise has failed to pay the $23,055.56 demurrage claim.

18.     On September 24, 2022 at 12:01 a.m., the FRONT POLARIS tendered its Notice of Readiness for terminal operations. Laytime commenced on September 24, 2022 at 6:01 a.m. Loading operations commenced on September 26, 2022 at 1:42 p.m., and were not completed until September 30, 2022 at 1:30 a.m.   Because Enterprise exceeded the Allowed Laytime for this operation, it owes Exxon demurrage in the amount of $60,711.81.  A claim for demurrage was timely submitted to Enterprise and assigned Claim Number 122782.  To date, Enterprise has failed to pay the $60,711.81 demurrage claim.

19.     On December 15, 2022 at 11:42 a.m., the EAGLE KLANG tendered its Notice of Readiness for terminal operations. Laytime commenced on December 15, 2022 at 5:42 p.m. Loading operations commenced on December 15, 2022 at 7:36 p.m., and were not completed until December 18, 2022 at 5:48 p.m.   Because Enterprise exceeded the Allowed Laytime for this operation, it owes Exxon demurrage in the amount of $5,954.86.  A claim for demurrage was timely submitted to Enterprise and assigned Claim Number 129418.  To date, Enterprise has failed to pay the $5,954.86 demurrage claim.

20.     On December 20, 2022 at 3:00 a.m., the GM 13501 tendered its Notice of Readiness for terminal operations.  Laytime commenced on December 20, 2022 at 9:00 a.m.    Discharging operations commenced on December 20, 2022 at 12:00 p.m., and were not completed until December 21, 2022 at 4:45 a.m.   Because Enterprise exceeded the Allowed Laytime for this

operation, it owes Exxon demurrage in the amount of $8,559.03. A claim for demurrage was timely submitted to Enterprise and assigned Claim Number 131994. To date, Enterprise has failed to pay the $8,559.03 demurrage claim.

21. On November 11, 2022 at 10:30 p.m., the HAMBURG STAR tendered its Notice of Readiness for terminal operations. Laytime commenced on November 12, 2022 at 4:30 a.m. Discharging operations commenced on November 18, 2022 at 8:24 a.m., and were not completed until November 18, 2022 at 2:54 p.m. Because Enterprise exceeded the Allowed Laytime for this operation, it owes Exxon demurrage in the amount of $131,093.75. A claim for demurrage was timely submitted to Enterprise and assigned Claim Number 136695. To date, Enterprise has failed to pay the $131,093.75 demurrage claim.

22. On November 6, 2022 at 12:01 a.m., the PANTELIS tendered its Notice of Readiness for terminal operations. Laytime commenced on November 6, 2022 at 6:01 a.m. Loading operations commenced on November 8, 2022 at 4:00 a.m., and were not completed until November 9, 2022 at 11:18 a.m.. Because Enterprise exceeded the Allowed Laytime for this operation, it owes Exxon demurrage in the amount of $4,253.47. A claim for demurrage was timely submitted to Enterprise and assigned Claim Number 134030. To date, Enterprise has failed to pay the $4,253.47 demurrage claim.

23. On January 16, 2023 at 12:01 a.m., the DUBAI ANGEL tendered its Notice of Readiness for terminal operations. Laytime commenced on January 16, 2023 at 6:01 a.m. Loading operations commenced on January 17, 2023 at 12:24 a.m., and were not completed until January 20, 2023 at 1:48 a.m. Because Enterprise exceeded the Allowed Laytime for this operation, it owes Exxon demurrage in the amount of $8,541.67. A claim for demurrage was

timely submitted to Enterprise and assigned Claim Number 132797. To date, Enterprise has failed to pay the $8,541.67 demurrage claim.

24.    On December 30, 2022 at 3:30 a.m., the SEAWAYS REDWOOD tendered its Notice of Readiness for terminal operations. Laytime commenced on December 30, 2022 at 9:30 a.m. Loading operations commenced on January 3, 2023 at 11:48 p.m., and were not completed until January 6, 2023 at 6:54 a.m.  Because Enterprise exceeded the Allowed Laytime for this operation, it owes Exxon demurrage in the amount of $38,159.72.  A claim for demurrage was timely submitted to Enterprise and assigned Claim Number 136387. To date, Enterprise has failed to pay the $38,159.72 demurrage claim.

25.    On March 30, 2023 at 10:00 a.m., the CARINA VOYAGER tendered its Notice of Readiness for terminal operations. Laytime commenced on March 30, 2023 at 4:00 p.m.  Loading operations commenced on April 3, 2023 at 10:42 p.m., and were not completed until April 5, 2023 at 7:20 p.m.  Because Enterprise exceeded the Allowed Laytime for this operation, it owes Exxon demurrage in the amount of $90,104.17.  A claim for demurrage was timely submitted to Enterprise and assigned Claim Number 145045.  To date, Enterprise has failed to pay the $90,104.17 demurrage claim.

26.    On February 15, 2023 at 12:01 a.m., the JASMIN JOY tendered its Notice of Readiness for terminal operations. Laytime commenced on February 15, 2023 at 6:01 a.m. Loading operations commenced on February 16, 2023 11:15 p.m., and were not completed until February 19, 2023 at 5:05 p.m.  Because Enterprise exceeded the Allowed Laytime for this operation, it owes Exxon demurrage in the amount of $3,958.33.  A claim for demurrage was timely submitted to Enterprise and assigned Claim Number 139765. To date, Enterprise has failed to pay the $3,958.33 demurrage claim.

27.     On July 16, 2023 at 12:01 a.m., the MINERVA CORALIA tendered its Notice of Readiness for terminal operations.  Laytime commenced on July 16, 2023 at 6:01 a.m.   Loading operations commenced on July 16, 2023 at 9:00 a.m., and were not completed until July 19, 2023 at 2:06 p.m.  Because Enterprise exceeded the Allowed Laytime for this operation, it owes Exxon demurrage in the amount of $15,520.83.  A claim for demurrage was timely submitted to Enterprise and assigned Claim Number 159540.   To date, Enterprise has failed to pay the $15,520.83 demurrage claim.

28.     On November 27, 2023 at 12:01 a.m., the TIGANI tendered its Notice of Readiness for terminal operations.  Laytime commenced on November 27, 2023 at 6:01 a.m.     Loading operations commenced on November 29, 2023 at 6:36 p.m., and were not completed until December 1, 2023 at 12:36 a.m.   Because Enterprise exceeded the Allowed Laytime for this operation, it owes Exxon demurrage in the amount of $18,107.64.  A claim for demurrage was timely submitted to Enterprise and assigned Claim Number 178244.  To date, Enterprise has failed to pay the $18,107.64 demurrage claim.

29.     On March 12, 2024 at 12:01 a.m., the PATROCLUS tendered its Notice of Readiness for terminal operations.  Laytime commenced on March 12, 2024 at 6:01 a.m.  Loading operations commenced on March 13, 2024 at 6:42 p.m., and were not completed until March 14, 2024 at 11:48 p.m.  Because Enterprise exceeded the Allowed Laytime for this operation, it owes Exxon demurrage in the amount of $1,336.81.  A claim for demurrage was timely submitted to Enterprise and assigned Claim Number 193779.  To date, Enterprise has failed to pay the $1,336.81 demurrage claim.

30.     On March 10, 2024 at 12:01 a.m., the VICTORY VENTURE tendered its Notice of Readiness for terminal operations.  Laytime commenced on March 10, 2024 at 6:01 a.m.

8

Loading operations commenced on March 11, 2024 at 1:42 a.m., and were not completed until March 13, 2024 at 6:30 p.m.  Because Enterprise exceeded the Allowed Laytime for this operation, it owes Exxon demurrage in the amount of $7,361.11.  A claim for demurrage was timely submitted to Enterprise and assigned Claim Number 193769.  To date, Enterprise has failed to pay the $7,361.11 demurrage claim.

31.    On February 17, 2024 at 12:01 a.m., the SFL FRASER tendered its Notice of Readiness for terminal operations.  Laytime commenced on February 17, 2024 at 6:01 a.m. Loading operations commenced on February 18, 2024 at 9:10 p.m., and were not completed until February 22, 2024 at 1:00 p.m.   Because Enterprise exceeded the Allowed Laytime for this operation, it owes Exxon demurrage in the amount of $24,600.69.  A claim for demurrage was timely submitted to Enterprise and assigned Claim Number 192220.  To date, Enterprise has failed to pay the $24,600.69 demurrage claim.

32.    On March 21, 2024 at 12:01 a.m., the SEA URCHIN tendered its Notice of Readiness for terminal operations.  Laytime commenced on March 21, 2024 at 6:01 a.m.  Loading operations commenced on March 23, 2024 at 1:24 a.m., and were not completed until March 24, 2024 at 8:30 a.m.   Because Enterprise exceeded the Allowed Laytime for this operation, it owes Exxon demurrage in the amount of $2,690.97.  A claim for demurrage was timely submitted to Enterprise and assigned Claim Number 196058.  To date, Enterprise has failed to pay the $2,690.97 demurrage claim.

33.    On April 20, 2024 at 12:01 a.m., the PLUTO MOON tendered its Notice of Readiness for terminal operations.  Laytime commenced on April 20, 2024 at 6:01 a.m.  Loading operations commenced on April 23, 2024 at 6:00 p.m., and were not completed until April 24, 2024 at 11:06 p.m.  Because Enterprise exceeded the Allowed Laytime for this operation, it owes

Exxon demurrage in the amount of $37,065.97.  A claim for demurrage was timely submitted to Enterprise and assigned Claim Number 202163.  To date, Enterprise has failed to pay the $37,065.97 demurrage claim.

34.    On April 10, 2024 at 12:01 a.m., the TORM HOUSTON tendered its Notice of Readiness for terminal operations.  Laytime commenced on April 10, 2024 at 6:01 a.m.  Loading operations commenced on April 10, 2024 at 11:54 a.m., and were not completed until April 13, 2024 at 8:54 a.m.  Because Enterprise exceeded the Allowed Laytime for this operation, it owes Exxon demurrage in the amount of $10,086.81.  A claim for demurrage was timely submitted to Enterprise and assigned Claim Number 197648.  To date, Enterprise has failed to pay the $10,086.81 demurrage claim.

35.    On April 7, 2024 at 10:00 p.m., the EAGLE KINABALU tendered its Notice of Readiness for terminal operations.  Laytime commenced on April 8, 2024 at 4:00 a.m.  Unloading operations commenced on April 9, 2024 at 6:48 p.m., and were not completed until April 12, 2024 at 1:00 a.m.  Because Enterprise exceeded the Allowed Laytime for this operation, it owes Exxon demurrage in the amount of $48,750.00.  A claim for demurrage was timely submitted to Enterprise and assigned Claim Number 202871.  To date, Enterprise has failed to pay the $48,750.00 demurrage claim.

36.    On June 27, 2024 at 11:54 a.m., the MINERVA CORALIA tendered its Notice of Readiness for terminal operations.  Laytime commenced on June 27, 2024 at 5:54 p.m.  Loading operations commenced on June 28, 2024 at 12:18 a.m., and were not completed until June 30, 2024 at 7:42 p.m.  Because Enterprise exceeded the Allowed Laytime for this operation, it owes Exxon demurrage in the amount of $10,104.17.  A claim for demurrage was timely submitted to

Enterprise and assigned Claim Number 208585.  To date, Enterprise has failed to pay the $10,104.17 demurrage claim.

37.    On September 24, 2024 at 01:45 a.m., the #2 GBL CPP - TERM tendered its Notice of Readiness for terminal operations.  Laytime commenced on September 24, 2024 at 7:45 a.m. Loading operations commenced on or about September 24, 2024 at 7:25 p.m., and were not completed until September 25, 2024 at 5:10 p.m.   Because Enterprise exceeded the Allowed Laytime for this operation, it owes Exxon demurrage in the amount of $1,680.31.  A claim for demurrage was timely submitted to Enterprise and assigned Claim Number 224638.  To date, Enterprise has failed to pay the $1,680.31 demurrage claim.

38.    On October 12, 2019 at 5:12 a.m., the EAGLE SAN JOSE tendered its Notice of Readiness for terminal operations. Laytime commenced on October 12, 2019 at 11:12 a.m. Loading operations commenced on October 13, 2019 at 9:36 p.m., and were not completed until October 16, 2019 at 2:06 a.m.   Because Enterprise exceeded the Allowed Laytime for this operation, it owes Exxon demurrage in the amount of $3,829.70.  A claim for demurrage was timely submitted to Enterprise and assigned Claim Number CL-2020-019111.  To date, Enterprise has failed to pay the $3,829.70 demurrage claim.

39.    On November 8, 2018 at 8:06 a.m., the BRAZOS tendered its Notice of Readiness for terminal operations.  Laytime commenced on November 8, 2018 at 2:06 p.m.    Loading operations commenced on November 8, 2018 at 9:24 p.m., and were not completed until November 13, 2018 at 10:06 p.m.   Because Enterprise exceeded the Allowed Laytime for this operation, it owes Exxon demurrage in the amount of $86,541.67.  A claim for demurrage was timely submitted to Enterprise and assigned Claim Number CL-2020-018319.  To date, Enterprise has failed to pay the $86,541.67 demurrage claim.

40. On January 28, 2018 at 8:06 a.m., the MOSCOW UNIVERSITY tendered its Notice of Readiness for terminal operations. Laytime commenced on January 28, 2018 at 2:06 p.m. Loading operations commenced on February 1, 2018 at 10:06 a.m., and were not completed until February 3, 2018 at 3:36 a.m. Because Enterprise exceeded the Allowed Laytime for this operation, it owes Exxon demurrage in the amount of $45,039.23. A claim for demurrage was timely submitted to Enterprise and assigned Claim Number CL-2020-018217. To date, Enterprise has failed to pay the $45,039.23 demurrage claim.

41. On August 20, 2017 at 12:01 a.m., the NAVIGATOR SPIRIT tendered its Notice of Readiness for terminal operations. Laytime commenced on August 20, 2017 at 6:01 a.m. Loading operations commenced on August 22, 2017 at 5:24 a.m., and were not completed until August 24, 2017 at 12:06 a.m. Because Enterprise exceeded the Allowed Laytime for this operation, it owes Exxon demurrage in the amount of $10,412.83. A claim for demurrage was timely submitted to Enterprise and assigned Claim Number CL-2020-018624. To date, Enterprise has failed to pay the $10,412.83 demurrage claim.

42. On May 14, 2019 at 3:00 p.m., the CAPE BAXLEY tendered its Notice of Readiness for terminal operations. Laytime commenced on May 14, 2019 at 9:00 p.m. Loading operations commenced on May 18, 2019 at 4:30 p.m., and were not completed until May 20, 2019 at 6:48 a.m. Because Enterprise exceeded the Allowed Laytime for this operation, it owes Exxon demurrage in the amount of $50,229.28. A claim for demurrage was timely submitted to Enterprise and assigned Claim Number CL-2020-019535. To date, Enterprise has failed to pay the $50,229.28 demurrage claim.

43. On March 20, 2019 at 7:36 p.m., the EAGLE SAN ANTONIO tendered its Notice of Readiness for terminal operations. Laytime commenced on March 21, 2019 at 1:36 a.m.

Loading operations commenced on March 28, 2019 at 8:50 p.m., and were not completed until March 30, 2019 at 2:40 p.m.  Because Enterprise exceeded the Allowed Laytime for this operation, it owes Exxon demurrage in the amount of $4,524.68.  A claim for demurrage was timely submitted to Enterprise and assigned Claim Number CL-2020-019712.  To date, Enterprise has failed to pay the $4,524.68 demurrage claim.

44.    On March 13, 2020 at 6:00 p.m., the MINERVA EMMA tendered its Notice of Readiness for terminal operations. Laytime commenced on March 14, 202 at 12:00 a.m.   Loading operations commenced on March 14, 2020 at 10:18 p.m., and were not completed until March 17, 2020 at 10:54 a.m.  Because Enterprise exceeded the Allowed Laytime for this operation, it owes Exxon demurrage in the amount of $12,389.45.  A claim for demurrage was timely submitted to Enterprise and assigned Claim Number CL-2020-020398.  To date, Enterprise has failed to pay the $12,389.45 demurrage claim.

45.    On January 22, 2020, the MINERVA ELEFTHERIA tendered its Notice of Readiness for terminal operations. Loading operations commenced on January 28, 2020 at 10:54 p.m., and were not completed until January 30, 2020 at 6:30 a.m.   Because Enterprise exceeded the Allowed Laytime for this operation, it owes Exxon demurrage in the amount of $20,888.02.  A claim for demurrage was timely submitted to Enterprise and assigned Claim Number CL-2020-018751.  To date, Enterprise has failed to pay the $20,888.02 demurrage claim.

46.    On September 30, 2019 at 12:06 a.m., the SEAWAYS HATTERAS tendered its Notice of Readiness for terminal operations. Laytime commenced on September 30, 2019 at 6:06 a.m.    Loading operations commenced on October 2, 2019 at 11:18 p.m., and were not completed until October 4, 2019 at 8:12 p.m.   Because Enterprise exceeded the Allowed Laytime for this operation, it owes Exxon demurrage in the amount of $35,490.75.  A claim for demurrage was

timely submitted to Enterprise and assigned Claim Number CL-2020-019084.  To date, Enterprise has failed to pay the $35,490.75 demurrage claim.

47.     On March 24, 2025 at 10:25 p.m., the #6 WEB CPP - TERM tendered its Notice of Readiness for terminal operations.  Laytime commenced on March 25, 2025 at 4:25 a.m.   Loading operations commenced on March 31, 2025 at 4:50 p.m., and were not completed until April 1, 2025 at 4:20 a.m.   Because Enterprise exceeded the Allowed Laytime for this operation, it owes Exxon demurrage in the amount of $49,098.33.  A claim for demurrage was timely submitted to Enterprise and assigned Claim Number 246161.   To date, Enterprise has failed to pay the $49,098.33 demurrage claim.

48.     On March 5, 2020 at 5:30 p.m., the MINERVA LISA (ex. MINERVA IRIS) tendered its Notice of Readiness for terminal operations. Laytime commenced on March 5, 2020 at 11:30 p.m.    Loading operations commenced on March 6, 2020 at 2:42 a.m., and were not completed until March 9, 2020 at 3:12 a.m.   Because Enterprise exceeded the Allowed Laytime for this operation, it owes Exxon demurrage in the amount of $10,246.24.  A claim for demurrage was timely submitted to Enterprise and assigned Claim Number CL-2020-020455.   To date, Enterprise has failed to pay the $10,246.24 demurrage claim.

49.     On October 14, 2024 at 4:00 p.m., the MINERVA CORALIA tendered its Notice of Readiness for terminal operations.  Laytime commenced on October 14, 2024 at 10:00 p.m. Loading operations commenced on October 16, 2024 at 9:00 p.m., and were not completed until October 18, 2024 at 3:18 a.m.    Because Enterprise exceeded the Allowed Laytime for this operation, it owes Exxon demurrage in the amount of $4,166.67.  A claim for demurrage was timely submitted to Enterprise and assigned Claim Number CL-2024-223243.  To date, Enterprise has failed to pay the $4,166.67 demurrage claim.

50.     Finally, a demurrage claim pertaining to #3 WEB DPP – TERM, Claim Number 243081 in the amount of $28,147.50 was mutually agreed upon by Exxon and Enterprise; however, as of the date of this filing, it has not been paid by Enterprise.

51.     The total and outstanding amounts payable by Enterprise to Exxon for demurrage under the Agreement is $1,098,684.66.

52.     On December 17, 2025, Exxon sent a demand letter to Enterprise outlining the amounts owed for demurrage under the Agreement.

53.      Enterprise refuses to pay the past due amounts, despite amicable demand.

## BREACH OF CONTRACT

54.     Exxon re-alleges and re-avers Paragraphs 1 through 53 above, as if fully set forth herein.

55.     Pursuant to Section 7.1 of the Agreement, Enterprise agreed that it would pay to Exxon demurrage for loading or unloading operations that exceeded Allowed Laytime.

56.     Exxon timely submitted claims for demurrage reflecting amounts owed by Enterprise to Exxon for demurrage under the Agreement in the amount of $1,098,684.66.

57.     Enterprise has failed to pay the demurrage claims despite amicable demand.

58.     Enterprise is liable to Exxon in the amount of $1,098,684.66 and legal interest from the due date until such date that payment is made as a result of its breach of the Agreement.

## REQUEST FOR RELIEF

Plaintiff Exxonmobil Oil Corporation respectfully requests that it be awarded a judgment against Enterprise Houston Ship Channel, L.P., including the following relief:

1. Damages in the amount of $1,098,684.66;

2. Legal interest from the date of demand;

3. Attorney's fees and legal costs; and

4. All other relief as may be just and proper.


Respectfully submitted, this 10th day of April, 2026.



Respectfully submitted,

*/s/ Adam C. McNeil*
**ADAMS AND REESE LLP**
MATTHEW C. GUY
Texas Bar No. 24050702
S.D. Tex. Id. No. 622802
ADAM C. MCNEIL
Texas Bar No. 24113306
S.D. Tex. Id. No. 3450873
701 Poydras Street, Suite 4500
New Orleans, LA 70139
504-585-0205
Fax: 504-566-0210
Email: matthew.guy@arlaw.com
Email: adam.mcneil@arlaw.com

***Counsel for Plaintiff, Exxonmobil Oil Corporation***