**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **EXXONMOBIL OIL CORPORATION** | § | **CIVIL ACTION NO. 4:26-cv-02858** |
| | § | |
| | § | |
| **Plaintiff** | § | |
| **vs.** | § | **JUDGE CHARLES ESKRIDGE** |
| | § | |
| **ENTERPRISE HOUSTON SHIP** | § | |
| **CHANNEL, L.P.** | § | |
| | § | |
| **Defendant** | § | |
| | § | |

**EXXONMOBIL OIL CORPORATION'S**
**UNOPPOSED MOTION TO DISMISS WITHOUT PREJUDICE**

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff Exxonmobil Oil Corporation ("**Plaintiff**"), who respectfully moves this Court for an Order dismissing the above-captioned case, without prejudice, each party to bear its own costs.  Defendant Enterprise Houston Ship Channel, L.P. ("**Defendant**") has not yet entered an appearance but has waived service. Undersigned counsel has contacted counsel for Defendant and confirmed that there is no objection to the relief requested.

An Initial Pretrial Conference is currently scheduled for July 1, 2026 at 2:30 p.m., which Plaintiff respectfully requests be taken off of the Court's docket.

WHEREFORE, Plaintiff Exxonmobil Oil Corporation requests that the Court enter an order dismissing the above-captioned case without prejudice, each party to bear its own costs.

1

Respectfully submitted, this 13th day of May, 2026.

Respectfully submitted,

*/s/ Adam C. McNeil*
**ADAMS AND REESE LLP**
MATTHEW C. GUY
Texas Bar No. 24050702
S.D. Tex. Id. No. 622802
ADAM C. MCNEIL
Texas Bar No. 24113306
S.D. Tex. Id. No. 3450873
701 Poydras Street, Suite 4500
New Orleans, LA 70139
504-585-0205
Fax: 504-566-0210
Email: matthew.guy@arlaw.com
Email: adam.mcneil@arlaw.com

***Counsel for Plaintiff, Exxonmobil Oil Corporation***

## CERTIFICATE OF CONFERENCE

Counsel for Plaintiff has conferred with counsel for Defendant, who consents to the relief requested in this motion.

*/s/ Adam C. McNeil*
Adam C. McNeil

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of May, 2026, a true and correct copy of the forgoing Certificate of Interested Parties was sent via ECF Noticing to all parties registered to receive CM/ECF Notices in this case.

*/s/ Adam C. McNeil*
Adam C. McNeil

2