United States District Court
Southern District of Texas
**ENTERED**
May 18, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **EXXONMOBIL OIL CORPORATION** | § | |
| | § | |
| | § | |
| | § | |
| **Plaintiff** | § | |
| **vs.** | § | **CIVIL ACTION NO. 4:26-cv-02858** |
| | § | |
| **ENTERPRISE HOUSTON SHIP** | § | |
| **CHANNEL, L.P.** | § | |
| | § | |
| **Defendant** | § | |
| | § | |

## ORDER

Considering Plaintiff's Unopposed Motion to Dismiss Without Prejudice,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's Motion be GRANTED and that the above-captioned case is dismissed without prejudice, each party to bear its own costs.

Houston, Texas, this 15th day of May, 2026.

_____
**JUDGE CHARLES ESKRIDGE
DISTRICT COURT JUDGE**